**Jimmie Harold CAUDLE, Jr.,
Plaintiff–Appellant,**

v.

**BONNEVILLE COUNTY; et al.,
Defendants–Appellees.**

No. 08–35929.

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 15, 2009.*

Filed Jan. 8, 2010.

Jimmie Harold Caudle, Jr., Seattle, WA, pro se.

Blake G. Hall, Esquire, Anderson Nelson Hall Smith, Idaho Falls, ID, for Defendants–Appellees.

Before: GOODWIN, WALLACE, and CLIFTON, Circuit Judges.

MEMORANDUM **

Jimmie Harold Caudle, Jr., appeals pro se from the district court's judgment dismissing his 42 U.S.C. § 1983 action alleging constitutional violations arising from two alleged incidents of assault, battery, unlawful arrest, and malicious prosecution as barred by the doctrine of res judicata. We have jurisdiction under 28 U.S.C. § 1291. We review de novo. *Stewart v.*

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

*U.S. Bancorp,* 297 F.3d 953, 956 (9th Cir. 2002). We affirm.

The district court properly dismissed the action as barred by the doctrine of res judicata because Caudle has already litigated his claims against defendants and their privies in state court. *See Caudle v. Bonneville County,* No. CV–2006–1464, slip op. at 8 (Idaho Dist.Ct. Apr. 25, 2007); *Caudle v. Bonneville County,* No. CV–2006–2581, slip op. at 5 (Idaho Dist.Ct. Sept. 27, 2007); *Caudle v. Bonneville County,* No. CV–2007–3068, slip op. at 6 (Idaho Dist.Ct. Jan. 25, 2008); *see also Ticor Title Co. v. Stanion,* 144 Idaho 119, 157 P.3d 613, 618 (2007) (describing elements of res judicata under Idaho law).

Caudle's remaining contentions are unpersuasive.

Appellees' request for attorney's fees and costs on appeal is denied.

**AFFIRMED.**